# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Adrienne A. Burch,

        Plaintiff,

v.

Bellagio Hotel & Casino,

        Defendant.

Case No. 2:14-cv-1141-JAD-PAL

**Order Denying Second Motion for Default [#21]**

      Pro se plaintiff Adrienne Burch filed this action against her employer the Bellagio Hotel & Casino on July 11, 2014.  Doc. 1.  Bellagio responded with a motion to dismiss on August 8, 2014.  Doc. 8.  Despite the pendency of the motion to dismiss, Burch moved for an entry of default against Bellagio because it did not file an answer to her complaint.  Doc. 11.  I denied that motion on August 12, 2014, Doc. 15, but Burch refiled it on September 4, 2014, while the motion to dismiss was still pending.  Doc. 21.

      For the reasons stated in my previous order denying the very same motion, IT IS HEREBY ORDERED that Plaintiff's Motion for Default **[#21] is DENIED**.  Plaintiff is cautioned that the court has determined that Bellagio has timely appeared in this case by filing its motion to dismiss, *see* Doc. 15, and default is not warranted.  Any future motion for default will be summarily denied.

      DATED: September 9, 2014

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE